# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

KEVIN LEROY BARNER

Docket No. 2:19CR63DT

2019 MAR 28 A 11: 45
DEPUTY CLERK

## MOTION TO SEAL

The United States moves that the Indictment in this case, as well as all associated docket entries, be sealed. The public disclosure of the fact that an Indictment has been issued could result in the flight of the defendant, the destruction of evidence, or danger to law enforcement officers who seek to effectuate the arrest.

The Government requests that the Indictment and associated docket entries be unsealed upon the defendant's arrest.

Date: March 28, 2019

Halsey B. Frank
United States Attorney

David B. Joyce
Assistant U.S. Attorney

The Government's Motion to Seal is Granted/~~Denied~~ as requested.

United States District Judge
~~United States~~ Magistrate Judge

1