UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 2:19-cr-63-LEW |
| | ) | |
| KEVIN LEROY BARNER | ) | |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    _____  Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    _____  Crime of violence

    _____  Maximum sentence life imprisonment or death

    \_\_X\_\_  10+ year drug offense

    _____  Felony, with two prior convictions in above categories

    _____  Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    \_\_X\_\_  Serious risk defendant will flee

    \_\_X\_\_  Serious risk obstruction of justice

2. Reasons for Detention:

    i. Temporary Detention

       ii.    Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

          __X__ Defendant's appearance as required

          __X__ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because (check one or both if applicable)

    __X__ Probable cause to believe the defendant committed an offense specified in 18 U.S.C. §3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

    _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of __3__ days.

5. Length of Detention Hearing. The United States will require __1/2__ hour to present its case for detention.

Date: June 12, 2019

                                      Halsey B. Frank
                                      United States Attorney

                                      /s/David B. Joyce
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      100 Middle Street
                                      Portland, ME 04101
                                      (207) 780-3257
                                      david.joyce@usdoj.gov