# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:19-cr-63-LEW |
| v. ) | |
| ) | |
| KEVIN LEROY BARNER ) | |

## PROSECUTION VERSION

If this case were to proceed to trial, the United States would prove the following facts beyond a reasonable doubt:

On about November 30, 2018, a law enforcement officer stopped a vehicle in York County, Maine. Defendant was the passenger in this vehicle. During the stop, law enforcement learned that Defendant was in possession of narcotics. Defendant subsequently relinquished a substance consistent in appearance with cocaine base to law enforcement officers. A trained and experienced law enforcement officer would testify that the seized quantity is consistent with further distribution and inconsistent with personal use.

A laboratory confirmed the presence of cocaine base in the seized substance.

Dated: September 22, 2021

                                                                   Respectfully submitted,

                                                                   Donald E. Clark
                                                                   Acting United States Attorney

                                                                   /s/David B. Joyce
                                                                   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    On September 22, 2021, I filed the foregoing Prosecution Version using the Court's CM/ECF system, which will cause a copy to be sent to all counsel of record.

                                                                    /s/David B. Joyce
                                                                    Assistant U.S. Attorney